AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNITED STATES OF AMERICA
                    Plaintiff(s)

                    v.                    **Civil Action No.**      1:16CV119

PAIN MANAGEMENT CARE, P.C.
                    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the plaintiff _____ recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____ % along with costs.

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** Other: _See Consent Decree._____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge _Philip P. Simon_____ on a motion to _Approve
Consent Judgment._

DATE:____5/27/2016_____         ROBERT TRGOVICH, CLERK OF COURT

                                             by_____s/T. Castillo_____
                                                 *Signature of Clerk or Deputy Clerk*